IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ORENTHAL JAMES JONES,<br><br>   Defendant. | CASE NO. 23-CR-02060 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Carly A. Chocron, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of Orenthal James Jones. Carly A. Chocron states that She is a member in good standing of the bar of the State of Illinois and the Northern District of Illinois, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her *pro hac vice* representation in this case.

**Carly A. Chocron,** further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Peter Deegan, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

Dated: October 3, 2023

/s/Carly A. Chocron
Carly A. Chocron, Attorney ID: 6323736
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, #2600
Chicago, IL 60601

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Carly Alana Chocron

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois